IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY BARRON, an individual, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:06CV983-M |
| | ) |
| v. | ) Chambers County Circuit Court |
| | ) Civil Action No.: CV06-136 |
| WERNER ENTERPRISES, INC., a corporation, et al., | ) |
| | ) |
| Defendant. | ) |

RECEIVED 2006 OCT 31 A 10: 28 DEBRA P. ... U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## CERTIFICATE OF REMOVAL

Defendant, **Werner Enterprises, Inc.**, hereby certifies that on this the 31st day of October, 2006, the above-styled action was removed to this Court and that on this same date, a copy of the Notice of Removal was forwarded to the Clerk of the Circuit Court of Chambers County, Alabama, for filing therein.

_____
Charles F. Carr (CAR012)
Thomas L. Oliver, II (OLI013)
Lea Richmond, IV (RIC062)
Counsel for Defendant Werner Enterprises, Inc.,
and Amhad Rashad Ranson

**OF COUNSEL:**
**CARR ALLISON**
P.O. Box 1126
Daphne, Alabama 36526-1126
Telephone:   (251) 626-9340
Facsimile:   (251) 626-8928

100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:   (205) 822-2006
Facsimile:   (205) 822-2057

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon the following counsel of record by placing same in U.S. mail, addressed as follows and postage prepaid, on this the 31st day of October, 2006:

Timothy L. Dillard, Esq.
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203

Grant B. Smith, Esq.
**DENNIS, CORRY, PORTER & SMITH, L.L.P.**
Piedmont Fourteen
3535 Piedmont Road
Suite 900
Atlanta, Georgia 30305-4611

OF COUNSEL