IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JEFFREY BARRON, an individual,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 3:06cv983-MHT(WO) |
| ) | |
| v. ) | |
| ) | |
| **WERNER ENTERPRISES, INC.,** a ) | |
| corporation, et al., ) | |
| ) | |
| Defendant. ) | |

**AMENDED NOTICE OF REMOVAL**

COMES NOW the Defendant, **Werner Enterprises, Inc.**, (hereinafter referred to as the "Defendant"), and in response to the Court's Order dated November 3, 2006, hereby amends its Notice of Removal. The Defendant adopts and incorporates by reference its Removal Petition filed on October 31, 2006, except for the amendments set forth below.

1. The Court entered an Order on November 3, 2006 directing Werner Enterprises, Inc., to amend its Notice of Removal no later than November 20, 2006 so as to sufficiently allege diversity of citizenship jurisdiction

2. To comply with the Court's Order, the Defendant shows unto the Court that Amhad Rashad Ranson is a citizen of the State of Texas; that Werner Enterprises, Inc., is incorporated in the State of Nebraska, and maintains its principal place of business in Omaha, Nebraska; and that Plaintiff, Jeffrey Barron, is a citizen of the State of Alabama.

3. The Defendant mistakenly asserted in its original Removal Petition that Amhad Rashad Ranson is a citizen of the State of Louisiana. Indeed, Amhad Rashad Ranson was a citizen of the State of Louisiana at the time of the subject accident, but has since moved to Texas,

and has become a citizen of Texas inasmuch as he intends Texas to be his permanent place of residency.  **Amhad Rashad Ranson has <u>never</u> been a citizen of the State of Alabama.**

4. Complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332 amongst the parties.  The Plaintiff is a citizen of the State of Alabama.  No named Defendant is a citizen of the State of Alabama.   Werner Enterprises, Inc., is a citizen of the State of Nebraska because it is incorporated in Nebraska and because it maintains its principal place of business in Omaha Nebraska.  <u>See</u> 28 U.S.C. 1332(c)(1).  Additionally, Amad Rashad Ranson is a citizen of the State of Texas, not Alabama.

5. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1) as the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs, and this action is between citizens of different states.

                s/ Lea Richmond
                Charles F. Carr (CAR012)
                Thomas L. Oliver, II (OLI013)
                Lea Richmond, IV (RIC062)
                Counsel for Defendant Werner Enterprises, Inc., and Amhad Rashad Ranson

**OF COUNSEL:**
**CARR ALLISON**
P.O. Box 1126
Daphne, Alabama 36526-1126
Telephone:   (251) 626-9340
Facsimile:    (251) 626-8928

100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:   (205) 822-2006
Facsimile:    (205) 822-2057

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2006, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Timothy L. Dillard, Esq.
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Alabama 35203

Grant B. Smith, Esq.
**DENNIS, CORRY, PORTER & SMITH, L.L.P.**
Piedmont Fourteen
3535 Piedmont Road
Suite 900
Atlanta, Georgia 30305-4611

                                                 s/ Lea Richmond, IV
                                                 OF COUNSEL