IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY BARRON, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WERNER ENTERPRISES, INC., a )<br>corporation, et al., )<br>)<br>Defendant. ) | Case No.: 3:06cv983-MHT(WO) |

## REPORT OF THE PARTIES' PLANNING MEETING

1.   Pursuant to Fed. R. Civ. 26(f), a meeting was held on November 15th, 2006, via telephone conference and was attended by:

Timothy L. Dillard, Esq., for Plaintiff;
Lea Richmond, IV, Esq., for Defendant Werner Enterprises, Inc.

2.   **Pre-Discovery Disclosures.** The parties will exchange by **December 15, 2006**, the information required by Federal Rule of Civil Procedure 26(a)(1).

3.   **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:   Plaintiff's claims and damages and Defendant's defenses.

All discovery commenced in time to be completed by **July 1, 2007**.

Maximum of 50 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 50 requests for production by each party to any other party. Responses due 30 days after service.

Maximum of 50 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of **ten (10)** depositions by Plaintiff and **ten (10)** depositions by Defendant. Each deposition is limited to a maximum of 8 hours per deponent.

Reports from retained experts under Rule 26(a)(2) due:
    from Plaintiff by **March 1, 2007**.
    from Defendant by **April 1, 2007**.

Supplements under Rule 26(e) due within **30 days** before trial.

-1-

4. **Other items.**

The parties (do/<u>do not</u>) request a conference with the Court before entry of the scheduling order.

Plaintiff should be allowed until **January 1, 2007**, to join additional parties and to amend the pleadings.

Defendant should be allowed until **February 1, 2007**, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **May 3, 2007**

The parties request a pre-trial conference in **August of 2007**

Final lists of trial evidence under Rule 26(a)(3) should be due:

- from Plaintiff: witnesses and exhibit list exchanged **30 days before trial.**
- from Defendant: witnesses and exhibit list exchanged **30 days before trial.**

Parties should have **10 days** after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The parties have discussed settlement. This case has already been mediated once without success. ~~Mediation should be considered again at the close of discovery.~~

This case should be ready for trial by the Court's September 5, 2007, jury docket in Opelika, Alabama, and at this time is expected to take approximately 5 days.

Mr. Timothy Dillard
Mr. Stewart $. Wilbanks
**DILLARD & ASSOCIATES, L.L.C.**
The Berry Building, Suite 400
2015 Second Avenue North
Birmingham, Al 35203
Telephone:    (205) 251-2823
Facsimile:    (205) 251-3832

Charles F. Carr (CAR012)
Thomas L. Oliver, II (OLI013)
Lea Richmond, IV (RIC062)
Counsel for Defendant Werner Enterprises, Inc.,
and
Amhad Rashad Ranson

**OF COUNSEL:**
**CARR ALLISON**
P.O. Box 1126
Daphne, Alabama 36526-1126
Telephone:    (251) 626-9340
Facsimile:    (251) 626-8928

100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:    (205) 822-2006
Facsimile:    (205) 822-2057