IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JEFFREY BARRON,                )<br>                                )<br>    Plaintiff,              )<br>                                )    CIVIL ACTION NO.<br>    v.                          )      3:06cv983-MHT<br>                                )<br>WERNER ENTERPRISES, INC.,   )<br>and AMHAD RASHAD RANSON,    )<br>                                )<br>    Defendant.              ) | |

### ORDER

It is ORDERED that the motion to remand (doc. no. 11) is set for submission, without oral argument, on November, 27, 2006, with all briefs due by said date.

DONE this 21st day of November, 2006.

　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE